IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHRISTOPHER B. SCOTT,

   Plaintiff,

    v.

THOMAS E. BROWN,
et al,

   Defendants.

CIVIL ACTION FILE
NO. 1:11-CV- 2514-TWT

## ORDER

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 15] of the Magistrate Judge recommending dismissing all Defendants except the Defendant Thomas in his personal capacity and dismissing all claims except his Claims One, Four, Five and Six with respect to his First and Fourteenth Amendment Claims. The Court approves and adopts the Report and Recommendation as the judgment of the Court. All claims other than the remaining claims against the Defendant Thomas are DISMISSED.

SO ORDERED, this 29 day of March, 2012.

                /s/Thomas W. Thrash
                THOMAS W. THRASH, JR.
                United States District Judge