IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHRISTOPHER B. SCOTT,

    Plaintiff,

     v.

THOMAS E. BROWN,
et al,

    Defendants.

CIVIL ACTION FILE
NO. 1:11-CV- 2514-TWT

## ORDER

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 42] of the Magistrate Judge granting in part and denying in part the Defendants' Motion for Summary Judgment [Doc. 35]. Apparently, the Plaintiff is now an inmate at the Henry County jail. The Plaintiff is ordered to show cause within 14 days from the date of this order why his claims for declaratory and injunctive relief should not be dismissed as moot and his remaining damage claims dismissed for qualified immunity.

SO ORDERED, this 30 day of September, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\11\Scott\11cv2514\r&r.wpd